UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>Jsang Kei Lau,<br>Debtor.<br><br>Jsang Kei Lau,<br>    Appellant,<br>v.<br>HSBC Mortgage Corp., Specialized Loan Servicing, LLC, LSF 10 Master Participation Trust by Caliber Home Loans, Inc. et al.<br>    Respondents. | CASE NO.: 1:20-cv-01930-ALC<br><br>HONORABLE:<br>Andrew L. Carter Jr.<br><br>Magistrate Judge:<br>Sarah L. Cave<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

The hearing scheduled for March 18, 2020 at 2:30 p.m. will be conducted via Teleconference. The Parties are hereby **ORDERED** to contact the Court at (888) 363-4749 (access code: 3768660).

**SO ORDERED.**

SO ORDERED:

_/s/ Andrew L. Carter, Jr._
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**March 17, 2020**