USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/16/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ :
IN RE:                                                             :
                                                                   :
**JSANG KEI LAU,**                                                 :
                                                                   :   **20-CV-1930 (ALC)**
            Debtor,                                                :
                                                                   :   **ORDER**
_____                        :
                                                                   :
**JSANG KEI LAU,**                                                 :
                                                                   :
            Appellant,                                             :
                                                                   :
v.                                                                 :
                                                                   :
**HSBC MORTGAGE CORP., SPECIALIZED LOAN**                          :
**SERVICING, LLC, LSF 10 MASTER**                                  :
**PARTICIPATION TRUST BY CALIBER HOME**                            :
**LOANS INC., ET AL.,**                                            :
                                                                   :
            Respondents.                                           :
                                                                   :
------------------------------------------------------------------ :

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Appellant's opposition papers, ECF No. 26, and the Letters regarding those papers, ECF Nos. 27, 28. The Court will consider the opposition papers as timely filed. Respondents' reply is now due on July 27, 2020.

**SO ORDERED.**

**Dated:**     **July 16, 2020**
              **New York, New York**

*[signature: Andrew L. Carter, Jr.]*

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**