# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

JSANG KEI LAU,

                          Debtor.

-------------------------------------------------------------X

JSANG KEI LAU,

                          Appellant,                  20 **CIVIL** 1930 (ALC)

          -against-                                     **JUDGMENT**

HSBC MORTGAGE COERP., ET AL.,

                          Appellees.

-------------------------------------------------------------X

            It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 26, 2021, Appellees motion to dismiss Mr. Lau's Appeal is granted.

**Dated:** New York, New York
          February 26, 2021

                                                          **RUBY J. KRAJICK**
                                                          Clerk of Court
                                    **BY:**

                                                            Deputy Clerk