```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/2/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
 In re:                                            :
                                                   :
 JSANG KEI LAU,                                    :
                                                   :    1:20-cv-01930 (ALC)
                        Debtor.                    :
                                                   :    ORDER
-------------------------------------------------- x
 JSANG KEI LAU,                                    :
                                                   :
                        Appellant,                 :
                                                   :
              -against-                            :
                                                   :
 HSBC MORTGAGE CORP., ET AL                        :
                                                   :
                        Appellees.                 :
-----------------------------------------------------------x
```

**ANDREW L. CARTER, JR., District Judge:**

The Clerk of Court is respectfully directed to mail Appellant a copy of the instant order, the Opinion and Order issued on February 26, 2021, ECF No. 40, and the Clerk's Judgment and Notice of Right to Appeal, ECF No. 41.

**SO ORDERED.**

**Dated: March 2, 2021**
         **New York, New York**

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**